## STATE OF CONNECTICUT *v.* DAVID B. ELLISTON

The defendant's petition for certification for appeal from the Appellate Court, 86 Conn. App. 479 (AC 25550), is denied.

*Robert M. Berke,* in support of the petition.

Decided February 10, 2005

## MYRNA LABOW *v.* RONALD LABOW

The plaintiff's petition for certification for appeal from the Appellate Court, 85 Conn. App. 746 (AC 24156), is denied.

SULLIVAN, C. J., and VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Nathalie Feola-Guerrieri* and *Daniel Shepro,* in support of the petition.

*Gwen E. Adamson,* in opposition.